**KAMBERLAW, LLP**
Naomi Spector (SBN 222573)
3451 Via Montebello, Ste.192-212
Carlsbad, CA 92009
Phone: 310.400.1053
Fax: 212.202.6364
nspector@kamberlaw.com

Attorney for Plaintiff Maria Livingston
and putative Class

**AMIN WASSERMAN GURNANI LLP**
William P. Cole (SBN 186772)
Matthew R. Orr (SBN 211097)
Rebecca M. Lee (SBN 312039)
Cole Kroshus (SBN 345790)
515 South Flower St., 18th Floor
Los Angeles, CA 90071
Phone: 213.933.2330
Fax: 312.884.7352
wcole@awglaw.com
morr@awglaw.com
rlee@awglaw.com
ckroshus@awglaw.com

Attorneys for Defendant
Naked Whey, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LIVINGSTON, individually, and on behalf of others similarly situated,<br><br>                Plaintiff,<br><br>   vs.<br><br><br>NAKED WHEY, INC.  d/b/a NAKED NUTRITION,<br><br>                Defendant. | Case No.  3:25-cv-10284<br><br>Assigned to Honorable Charles R. Breyer<br><br>**JOINT STIPULATION TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. § 1404(a)** ORDER<br>Complaint Served: November 26, 2025 |

## **STIPULATION**

Pursuant to 28 U.S.C. § 1404, this Joint Stipulation is made by and between Plaintiff Maria Livingston, individually and on behalf of others similarly situated ("Plaintiff"), and Defendant Naked Whey, Inc. d/b/a Naked Nutrition ("Defendant") (collectively, the "Parties"), by and through their respective undersigned counsel, and is based upon the following facts:

WHEREAS, on November 26, 2025, Plaintiff filed her Complaint alleging Defendant has violated California consumer protection laws in the labeling of its "Naked" vegan supplements (Doc. No. 1);

WHEREAS, on January 26, 2026, Defendant filed its Motion to Dismiss Plaintiff's Complaint (Doc. No. 10) and argued that this Action should be stayed or dismissed based on the first-to-file rule due to the filing of a substantially similar class action in the United States District Court for the Eastern District of California, *Caballero, et al. v. Defendant Naked Whey, Inc. d/b/a Naked Nutrition*, Case No. 2:25-cv-03061-CKD, which was filed on October 21, 2025 (the "*Caballero*" case);

WHEREAS, on February 2, 2026, counsel for the Parties met and conferred regarding Defendant's Motion to Dismiss;

WHEREAS, the Parties agree that, to avoid conflicts and conserve judicial and party resources, the instant *Livingston* action should be transferred to the Eastern District of California, where it can be related to the *Caballero* case;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and through the Parties' respective counsel, as follows:

1. The Instant Action should be transferred to United States District Court for the Eastern District of California; and

2. All future dates and deadlines in the Northern District of California should be vacated.

Dated:  February 6, 2026                    KAMBERLAW, LLP


                                   By:    *s/ Naomi B. Spector*
                                          Naomi B. Spector


                                          Attorney for Plaintiff Maria Livingston, on
                                          behalf of herself and others similarly situated


Dated: February 6, 2026            AMIN WASSERMAN GURNANI, LLP

                                   By:    *s/ Matthew R. Orr*
                                          William P. Cole
                                          Matthew R. Orr
                                          Rebecca M. Lee
                                          Cole Kroshus

                                          Attorneys for Defendant Naked Whey, Inc.

SIGNATURE ATTESTATION

In compliance with Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I, Naomi B. Spector, hereby attests that Matthew R. Orr, on whose behalf the filing is being submitted concurs in the filings content and has authorized the filing.


Dated:  February 6, 2026                    KAMBERLAW, LLP


                                   By:    *s/ Naomi B. Spector*
                                          Naomi B. Spector


                                          Attorney for Plaintiff Maria Livingston, on
                                          behalf of herself and others similarly situated

JOINT STIPULATION TO TRANSFER CASE

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LIVINGSTON, individually, and on behalf of others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>NAKED WHEY, INC.  d/b/a NAKED NUTRITION,<br><br>　　　　　　　Defendant. | Case No.  3:25-cv-10284-CRB<br><br>**ORDER GRANTING JOINT STIPULATION TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. § 1404(a)**<br><br>Complaint Served: November 26, 2025 |

## **ORDER**

After considering the Parties' Joint Stipulation to Transfer Venue to the United States District Court for the Eastern District of California, and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that:

1. *Maria Livingston, et al. v. Naked Whey, Inc. d/b/a Naked Nutrition,* Case No. 3:25-cv-10284, currently pending in the United States District Court for the Northern District of California, is transferred to the United States District

ORDER

Court, Eastern District of California; and

2. All future dates and deadlines in the Northern District of California are vacated.

**IT IS SO ORDERED.**

Dated:   February 9, 2026

HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE