# U.S. District Court
# California Northern District (San Francisco)
# CIVIL DOCKET FOR CASE #: 3:25–cv–10284–CRB

| | |
|---|---|
| Livingston v. Naked Whey, Inc. | Date Filed: 11/26/2025 |
| Assigned to: Judge Charles R. Breyer | Date Terminated: 02/09/2026 |
| Demand: $5,000,000 | Jury Demand: Plaintiff |
| Cause: 28:1332 Diversity–Fraud | Nature of Suit: 890 Other Statutory Actions |
| | Jurisdiction: Diversity |

**Plaintiff**

| | | |
|---|---|---|
| **Maria Livingston**<br>*individually, and on behalf of others similarly situated* | represented by | **Naomi Beth Spector**<br>KamberLaw, LLP<br>3451 Via Montebello, Suite 192–212<br>Carlsbad, CA 92009<br>(310) 400–1053<br>Fax: (212) 202–6364<br>Email: nspector@kamberlaw.com<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Naked Whey, Inc.**<br>*a Florida corporation*<br>*doing business as*<br>Naked Nutrition | represented by | **Rebecca M. Lee**<br>Amin Wasserman Gurnani LLP<br>515 S. Flower St., 18th Fl.<br>90071<br>Los Angeles, CA 90017<br>213–233–9330<br>Email: rlee@awglaw.com<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 11/26/2025 | Ï 1 | COMPLAINT against Naked Whey, Inc. ( Filing fee $ 405, receipt number ACANDC–21396467.). Filed by Maria Livingston. (Attachments: # 1 Exhibit A – Venue Declaration, # 2 Exhibit B – CLRA Letter)(Spector, Naomi) (Filed on 11/26/2025) (Entered: 11/26/2025) |
| 11/26/2025 | Ï 2 | Proposed Summons. (Spector, Naomi) (Filed on 11/26/2025) (Entered: 11/26/2025) |
| 11/26/2025 | Ï 3 | Certificate of Interested Entities by Maria Livingston (Spector, Naomi) (Filed on 11/26/2025) (Entered: 11/26/2025) |
| 11/28/2025 | Ï 4 | Case assigned to Magistrate Judge Lisa J. Cisneros.<br><br>Counsel for plaintiff or the removing party is responsible for serving the Complaint or Notice of Removal, Summons and the assigned judge's standing orders and all other new case documents upon the opposing parties. For information, visit *E–Filing A New Civil Case* at http://cand.uscourts.gov/ecf/caseopening. |

| | | |
|---|---|---|
| | | Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges. Upon receipt, the summons will be issued and returned electronically. A scheduling order will be sent by Notice of Electronic Filing (NEF) within two business days. Consent/Declination due by 12/12/2025. (jnk, COURT STAFF) (Filed on 11/28/2025) (Entered: 11/28/2025) |
| 11/28/2025 | Ï | Electronic filing error. ***For the proposed summons, the name of the defendant listed on the document does not match the defendant named within the complaint (aliases must be included). Additionally, there is an error within the case caption that needs correction. This filing will not be processed by the Clerk's Office. Please amend and re−file the proposed summons in its entirety.*** Re: 2 Proposed Summons filed by Maria Livingston (krp, COURT STAFF) (Filed on 11/28/2025) (Entered: 11/28/2025) |
| 11/28/2025 | Ï 5 | **Initial Case Management Scheduling Order with ADR Deadlines: Case Management Statement due by 2/19/2026. Initial Case Management Conference set for 2/26/2026 01:30 PM in San Francisco, – Videoconference Only. (krp, COURT STAFF) (Filed on 11/28/2025) (Entered: 11/28/2025)** |
| 11/28/2025 | Ï 6 | Proposed Summons. (Spector, Naomi) (Filed on 11/28/2025) (Entered: 11/28/2025) |
| 11/28/2025 | Ï 7 | Summons Issued as to Naked Whey, Inc. (krp, COURT STAFF) (Filed on 11/28/2025) (Entered: 11/28/2025) |
| 12/03/2025 | Ï 8 | WAIVER OF SERVICE Returned Executed filed by Maria Livingston. Service waived by Naked Whey, Inc. waiver sent on 11/26/2025, answer due 1/26/2026. (Spector, Naomi) (Filed on 12/3/2025) (Entered: 12/03/2025) |
| 12/11/2025 | Ï 9 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Maria Livingston.. (Spector, Naomi) (Filed on 12/11/2025) (Entered: 12/11/2025) |
| 01/26/2026 | Ï 10 | MOTION to Dismiss filed by Naked Whey, Inc.. Motion to Dismiss Hearing set for 3/3/2026 10:30 AM. Responses due by 2/9/2026. Replies due by 2/17/2026. (Attachments: # 1 Proposed Order, # 2 Request for Judicial Notice, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Proposed Order in Support of Request for Judicial Notice)(Lee, Rebecca) (Filed on 1/26/2026) (Entered: 01/26/2026) |
| 01/26/2026 | Ï 11 | ***DISREGARD, FILED IN ERROR***CLERK'S NOTICE Re: Consent or Declination: Defendant shall file a consent or declination to proceed before a magistrate judge. Note that any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences. The forms are available at: http://cand.uscourts.gov/civilforms. Consent/Declination due by 2/9/2026. *(This is a text−only entry generated by the court. There is no document associated with this entry.)* (bns, COURT STAFF) (Filed on 1/26/2026) Modified on 1/26/2026 (bns, COURT STAFF). (Entered: 01/26/2026) |
| 01/26/2026 | Ï 12 | AMENDED CLERK'S NOTICE Re: Consent or Declination: Defendant shall file a consent or declination to proceed before a magistrate judge. Note that any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences. The forms are available at: http://cand.uscourts.gov/civilforms. Consent/Declination due by 2/2/2026. *(This is a text−only entry generated by the court. There is no document associated with this entry.)* (bns, COURT STAFF) (Filed on 1/26/2026) (Entered: 01/26/2026) |
| 01/27/2026 | Ï 13 | Certificate of Interested Entities by Naked Whey, Inc. (Lee, Rebecca) (Filed on 1/27/2026) (Entered: 01/27/2026) |
| 01/27/2026 | Ï 14 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Naked Whey, Inc... (Lee, Rebecca) (Filed on 1/27/2026) (Entered: 01/27/2026) |
| 01/28/2026 | Ï 15 | |

CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A U.S. DISTRICT COURT JUDGE: The Clerk of this Court will now randomly reassign this case to a District Judge because either (1) a party has not consented to the jurisdiction of a Magistrate Judge, or (2) time is of the essence in deciding a pending judicial action for which the necessary consents to Magistrate Judge jurisdiction have not been secured. You will be informed by separate notice of the district judge to whom this case is reassigned.

ALL HEARING DATES PRESENTLY SCHEDULED BEFORE THE CURRENT MAGISTRATE JUDGE ARE VACATED AND SHOULD BE RE−NOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THIS CASE IS REASSIGNED.

*This is a text only docket entry; there is no document associated with this notice.* (bns, COURT STAFF) (Filed on 1/28/2026) (Entered: 01/28/2026)

| 01/28/2026 | 16 | **ORDER REASSIGNING CASE**<br><br>IT IS ORDERED that this case is reassigned using a proportionate, random and blind system pursuant to General Order No. 44 to Judge Charles R. Breyer. Magistrate Judge Lisa J. Cisneros no longer assigned to the case.<br><br>Counsel are instructed that all future filings shall bear the updated judicial initials immediately after the case number. Counsel are reminded to verify the location of the judge on the court website. All hearing and trial dates presently scheduled are vacated. However, existing briefing schedules for motions remain unchanged. Motions must be renoticed for hearing before the judge to whom the case has been reassigned, but the renoticing of the hearing does not affect the prior briefing schedule. Other deadlines such as those for ADR compliance and discovery cutoff also remain unchanged.<br><br>Notice: The assigned judge participates in the Cameras in the Courtroom Pilot Project. See General Order 65 and cand.uscourts.gov/cameras.<br><br>Mark B. Busby<br>Clerk, United States District Court<br>*(This is a text−only entry generated by the court. There is no document associated with this entry.)*<br><br>(mbc, COURT STAFF) (Filed on 1/28/2026) (Entered: 01/28/2026) |
| --- | --- | --- |
| 01/28/2026 | 17 | CLERK'S NOTICE: *(This is a text−only entry generated by the court. There is no document associated with this entry.)*. Motion to Dismiss Hearing set for 3/20/2026 at 10:00 AM in San Francisco – Videoconference Only before Judge Charles R. Breyer. This proceeding will be held via a Zoom webinar.<br><br>**Webinar Access:** All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/crb<br><br>**Court Appearances:** Advanced notice is required of counsel or parties who wish to be identified by the court as making an appearance or will be participating in the argument at the hearing. A list of names and emails must be sent to the CRD at crbcrd@cand.uscourts.gov no later than March 17, 2026 at 3:00 PM PST.<br><br>**Civ LR 77−3(d).** Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited.<br><br>**Zoom Guidance and Setup:** https://www.cand.uscourts.gov/zoom/. |

| | | |
|---|---|---|
| | | Motion Hearing set for 3/20/2026 10:00 AM in San Francisco, - Videoconference Only before Judge Charles R. Breyer. (ls, COURT STAFF) (Filed on 1/28/2026) (Entered: 01/28/2026) |
| 02/06/2026 | 18 | STIPULATION WITH PROPOSED ORDER *[Joint]* filed by Maria Livingston. (Attachments: # 1 Proposed Order)(Spector, Naomi) (Filed on 2/6/2026) (Entered: 02/06/2026) |
| 02/09/2026 | 19 | **STIPULATION AND ORDER TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. § 1404(a). (ls, COURT STAFF) (Filed on 2/9/2026) (Entered: 02/09/2026)** |
| 03/09/2026 | Ï | Remark Request for Electronic Transfer has been sent. (amf, COURT STAFF) (Filed on 3/9/2026) (Entered: 03/09/2026) |